UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § | NO:  WA:25-CR-00207(1)-ADA |
| (1) JOSE LUIS CASTRO-VILLANUEVA | § § § | |

### ORDER

    On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed September 30, 2025, wherein the defendant (1) JOSE LUIS CASTRO-VILLANUEVA waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) JOSE LUIS CASTRO-VILLANUEVA to the Report and Recommendation, the Court enters the following order:

    **IT IS THEREFORE ORDERED** that the defendant (1) JOSE LUIS CASTRO-VILLANUEVA's plea of guilty to Count One (1) is accepted.

    Signed this 14th day of October, 2025.

                                                               ALAN D ALBRIGHT
                                                              UNITED STATES DISTRICT JUDGE